IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DYNAMIC HEALTHCARE SERVICES, LLC and HOMETOWN OXYGEN, PITTSBURGH LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> DE LAGE LANDEN FINANCIAL SERVICES, INC., PHILIPS RS NORTH AMERICA, LLC f/k/a RESPIRONICS, INC. and PHILIPS MEDICAL CAPITAL, LLC, <br><br> Defendants. | Case No.: 2:24-cv-03058 |

**DYNAMIC HEALTHCARE SERVICES, LLC'S AND HOMETOWN OXYGEN, PITTSBURGH LLC'S RULE 7.1 DISCLOSURE STATEMENT**

Plaintiffs Dynamic Healthcare Services, LLC ("DHS") and Hometown Oxygen, Pittsburgh LLC ("HOP"), by and through their undersigned counsel, and for purposes of their Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1, state as follows:

Plaintiff DHS is a wholly owned subsidiary of GMH DME LLC, who in turn is entirely owned by Mr. Gary M. Holloway Sr. No publicly held corporation directly owns 10% or more of the stock of DHS.

Plaintiff HOP is a wholly owned subsidiary of DHS, and is registered to do business as "Dynamic Healthcare Services PA" in Pennsylvania. No publicly held corporation directly owns 10% or more of the stock of HOP.

Respectfully submitted,

**DUANE MORRIS LLP**
By: _/s/ Bryan N. Shapiro_
Bryan N. Shapiro (#329241)
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103
Telephone: 215.979.1000 / Fax: 215.979.1020
Email: BShapiro@duanemorris.com

*Attorneys for Plaintiffs, Dynamic Healthcare Services, LLC and Hometown Oxygen, Pittsburgh LLC*

2