IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DYNAMIC HEALTHCARE SERVICES, INC., AND HOMETOWN OXYGEN, PITTSBURGH LLC, | : : : | Civil Action |
| v. | : : | |
| PHILIPS MEDICAL CAPITAL, LLC, DE LAGE LANDEN FINANCIAL SERVICES, INC, AND PHILIPS RS NORTH AMERICA LLC f/k/a RESPIRONICS, INC. | : : | No.: 24-03058 |

ORDER

AND NOW, this _____ day of _____ 20___, it is hereby

ORDERED that the application of __C. Neil Gray_____, Esquire,

to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐  GRANTED.[1]

☐  DENIED.

_____
, J.

---

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/nextgen-cmecf.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 24-03058

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT
PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I. APPLICANT'S STATEMENT

I, C. Neil Gray, the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number_____, for the $75.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| State where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| New York | 2000 | 3028552 |
| | | |
| | | |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| Court where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| Southern and Eastern Districts of New York | 2000 | 3028552 |
| United States Supreme Court | 2005 | |
| Court of Appeals for the 2nd, 8th, 9th, and 11th Circuits | 2005, 2002, 2008, 2014 | |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for

Dynamic Healthcare Services, Inc. and Hometown Oxygen, Pittsburgh LLC

(Applicant's Signature) *C. Neil Gray*

(Date) 8/15/2024

Name of Applicant's Firm: Duane Morris LLP
Address: 30 South 17th Street, Philadelphia, PA 19103
Telephone Number: 215-979-1000
Email Address: CNGray@duanemorris.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 8/15/2024

(Applicant's Signature) *C. Neil Gray*

04/20

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

    The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of _____C. Neil Gray_____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above- referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Bryan N. Shapiro | /s/ Bryan N. Shapiro | 2021 | 329241 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission date) | (Attorney Identification No.) |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Duane Morris LLP

30 South 17th Street, Philadelphia PA 19103

BShapiro@duanemorris.com        215-979-1575

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___August 16, 2024___        /s/ Bryan N. Shapiro
               (Date)        (Sponsor's Signature)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DYNAMIC HEALTHCARE SERVICES, INC., AND HOMETOWN OXYGEN, PITTSBURGH LLC, | : : | Civil Action |
| v. | : : | |
| PHILIPS MEDICAL CAPITAL, LLC, DE LAGE LANDEN FINANCIAL SERVICES, INC, AND PHILIPS RS NORTH AMERICA LLC f/k/a RESPIRONICS, INC. | : : | No.: 24-03058 |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of __ C. Neil Gray _____, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was served via ECF.

/s/ Bryan N. Shapiro
_____
(Signature of Attorney)

Bryan N. Shapiro
_____
(Name of Attorney)

Dynamic Healthcare Services, Inc. and Hometown Oxygen Pittsburgh LLC
_____
(Name of Moving Party)

August 16, 2024
_____
(Date)