UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DYNAMIC HEALTHCARE SERVICES, INC., and HOMETOWN OXYGEN, PITTSBURGH LLC,**<br><br>**Plaintiffs,**<br><br>vs.<br><br>**DE LAGE LANDEN FINANCIAL SERVICES, INC., PHILIPS RS NORTH AMERICA, LLC f/k/a RESPIRONICS, INC.**<br><br>**Defendants.** | Case No. 2:24-cv-03058<br><br>Judge: Hon. Kai Scott |

## CORPORATE DISCLOSURE STATEMENT

Defendant Respironics, Inc. states as follows:

1. Koninklijke Philips Naamloze Venootschap is a publicly traded company that is based in, and incorporated in, the Netherlands. Koninklijke Philips Naamloze Venootschap, a holding company, indirectly owns more than 10% of Philips RS North America LLC, and is the ultimate corporate parent.

2. Koninklijke Philips Naamloze Venootschap has no parent corporation, and no publicly held company owns 10% or more of Koninklijke Philips Naamloze Venootschap.

3. Philips RS North America LLC is 100% owned by Philips RS North America Holding Corporation, which in turn, is 100% owned by Philips Holding USA Inc. Philips Holding USA, Inc. is a wholly-owned subsidiary of Koninklijke Philips

N.V., which is a public company whose shares are publicly traded. No publicly held corporation owns 10% or more of Philips RS North America LLC's stock.

4. Respironics, Inc., is a fictitious name that is 100% owned by Philips RS North America LLC.

Dated: October 11, 2024

/s/ John K. Gisleson
John K. Gisleson (PA62511)
MORGAN, LEWIS & BOCKIUS LLP
One Oxford Centre
Third-Second Floor
Pittsburgh, PA  15219-6401
412-560-3300 (telephone)
412-560-7001 (facsimile)
john.gisleson@morganlewis.com

Elisa McEnroe (PA206143)
MORGAN, LEWIS & BOCKIUS LLP
2222 Market Street
Philadelphia, PA 19103
215-963-5000 (telephone)
215-963-5001 (facsimile)
elisa.mcenroe@morganlewis.com

*Counsel for Defendant Respironics*

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 11, 2024, a true and correct copy of the foregoing was filed via the Court's CM/ECF system for electronic service on all counsel of record.

                                                                                 */s/ John K. Gisleson*
                                                                                    John K. Gisleson