**DUANE MORRIS LLP**
Matthew A. Taylor (62098)
Bryan N. Shapiro (329241)
C. Neil Gray (*pro hac vice*)
30 South 17th Street
Philadelphia, PA 19103-4196
T: (215) 979-1000
e:        MATaylor@duanemorris.com
        BShapiro@duanemorris.com
        CNGray@duanemorris.com

*Attorneys for Plaintiffs Dynamic Healthcare Services, Inc.*
*and Hometown Oxygen, Pittsburgh LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DYNAMIC HEALTHCARE SERVICES, LLC and HOMETOWN OXYGEN, PITTSBURGH LLC,<br><br>          Plaintiffs,<br><br>        vs.<br><br>PHILIPS MEDICAL CAPITAL, LLC, DE LAGE LANDEN FINANCIAL SERVICES INC., and PHILIPS RS NORTH AMERICA LLC f/k/a RESPIRONICS, INC.,<br><br>          Defendants. | : : : : : : : : : : : : : : : : : | Case No.: 24-03058 |

### <u>DYNAMIC HEALTHCARE SERVICES, LLC'S AND HOMETOWN OXYGEN, PITTSBURGH LLC'S UNCONTESTED MOTION FOR EXTENSION OF TIME</u>

Pursuant to Federal Rule of Civil Procedure 6(b), Eastern District of Pennsylvania Local

Rule 7.1, and this Court's Policies and Procedures, Plaintiffs Dynamic Healthcare Services, LLC

and Hometown Oxygen, Pittsburgh LLC, along with Defendants Philips Medical Capital, LLC

("PMC"), De Lage Landen Financial Services, Inc. ("DLL"), and Philips RS North America

LLC f/k/a Respironics, Inc. ("Respironics") (collectively, the "Defendants"), respectfully move this Court for an order granting the parties' proposed briefing schedule on Defendants' motions to dismiss the Complaint [ECF Nos. 14, 15] and Respironics' Motion to Compel Arbitration and Stay Proceedings [ECF No. 16].

1. Plaintiffs filed their Complaint on July 15, 2024. Defendants waived service on August 12, 2024. On October 11, 2024, PMC and DLL together filed a Motion to Dismiss the Complaint [ECF No. 14] (the "PMC/DLL Motion"), and Respironics filed both a Motion to Dismiss the Complaint [ECF No. 15] (the "Respironics Motion to Dismiss") and a Motion to Compel Arbitration and Stay Proceedings [ECF No. 16] (the "Respironics Motion to Compel," and together with the PMC/DLL Motion and the Respironics Motion to Dismiss, the "Motions").

2. Plaintiffs' current deadline to respond to the Motions is October 25, 2024.

3. Counsel for Plaintiffs and Defendants have conferred and respectfully request an extension of time for Plaintiffs to file responses to the Motions and for Defendants to file replies in further support of the Motions.

4. The parties have conferred and have agreed to the following proposed briefing schedule:

- Plaintiffs' responses to the Motions shall be due on or before **December 13, 2024**;

- Defendants' replies in further support of the Motions shall be due on or before **February 14, 2025**.

5. Under Federal Rule of Civil Procedure 6(b)(1)(A), the court may, for good cause, extend the time allotted for a party to file a response where a request is made by a party before the original time expires. Fed. R. Civ. P. 6(b)(1)(A). Good cause exists for the extensions because: (1) no dates have been set for a pretrial conference or trial; (2) the relief requested will not result in undue delay in the administration of this case; (3) counsel has not requested or

received a prior extension in this case; and (4) the parties have conferred and consent to the requested relief.

6. An extension to the briefing schedule as outlined in this motion and proposed order, will provide counsel for both Plaintiffs and Defendants with sufficient time to review and prepare appropriate responses and replies.

7. No party will be prejudiced by an order extending the briefing deadlines.

WHEREFORE, Plaintiffs respectfully request that this Court grant their Consent Motion and enter an Order in the form attached hereto.

Respectfully submitted,

**DUANE MORRIS LLP**
By: */s/Bryan N. Shapiro*
Bryan N. Shapiro (#329241)
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103
Telephone: 215.979.1000 / Fax: 215.979.1020
Email: BShapiro@duanemorris.com

*Attorneys for Plaintiffs, Dynamic Healthcare Services, LLC and Hometown Oxygen, Pittsburgh LLC*